AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Northern District of Texas

**SEALED**

UNITED STATES OF AMERICA

V.

DONALD RAY BROUSSARD

## WARRANT FOR ARREST

Case Number: 3:16-CR-479-N-10

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  DONALD RAY BROUSSARD
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

✓ Indictment   Information   Complaint   Order of court   Probation Violation Petiton   Supervised Release Violation Petition   Violation Notice

charging him or her (brief description of offense)

Conspiracy to Distribute a Controlled Substance

in violation of Title  21  United States Code, Section(s)  846

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

Signature of Issuing Officer

United States Magistrate Judge Irma C. Ramirez     11/2/2016     Dallas, Texas
                                                    Date          Location

By: s/S. Shelby
    Deputy Clerk

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Dallas, TX

| DATE RECEIVED 3/31/17 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3/29/17 | FBDSS-11 Busby | |

FID 350 883