IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Crim. Action No. 3:16-CR-00479-N |
| § | |
| DONALD RAY BROUSSARD (10) § | |

## **AMENDED SENTENCING SCHEDULING ORDER**

Before the Court is the Government's Unopposed Motion to Continue Sentencing filed January 12, 2018. The Court finds that the motion has merit and grants it. The sentencing hearing is rescheduled for **March 19, 2018** at 9:00 a.m.

Counsel for the government must submit any objections to the Presentence Report at least 14 days before the sentencing hearing. Counsel will then have 7 days before the sentencing to deliver to the court, the probation officer and opposing counsel any objections to the addendum.

Defendant's counsel shall submit any written materials, such as letters, notes and/or other items, for consideration to the Court and the probation officer at least 7 days before sentencing.

Any motion regarding downward or upward departures must be filed at least 14 days before sentencing. Any response in opposition to such a motion must be filed at least 7 days before sentencing.

In any case in which 18 U.S.C. §§ 3663-64 apply, no later than 5 days from the date of this order the attorney for the government must provide to the probation officer all information that the officer needs to comply with crime victim restitution requirements.

ANENDED SENTENCING SCHEDULING ORDER – PAGE 1

Counsel should direct any questions regarding this Order to Carla Moore, Court Coordinator, at 214-753-2706.

Signed January 16, 2018.

_____
David C. Godbey
United States District Judge